10,464                                                                    1

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Lourdes Cales Santiago | Querella <br><br> 2001 TSPR 102 <br><br> 154 DPR ____ |

Número del Caso: 10,464

Fecha: 22/junio/2001

Oficina del Procurador General

Lcda. Cynthia Iglesias Quiñones
Procuradora General Auxiliar

Abogados de la Parte Querellada:

Lcdo. Francisco Dolz Sánchez
Lcda. Laura Maldonado Rodríguez

Materia: Conducta Profesional
        (La suspensión es efectiva a partir del 11 de julio de 2001, fecha en que se
        le notificó a la abogada de su suspensión inmediata)

        Este documento constituye un documento oficial del Tribunal Supremo que está
        sujeto a los cambios y correcciones del proceso de compilación y publicación
        oficial de las decisiones del Tribunal. Su distribución electrónica se hace
        como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Lourdes Cales Santiago

                                        10,464

RESOLUCION

San Juan, Puerto Rico, a 22 de junio de 2001

En atención a la querella presentada por la Oficina del Procurador General el 28 de febrero de 2001, el 30 de marzo de 2001 emitimos una resolución mediante la cual le concedimos a la Lcda Lourdes Cales Santiago un plazo de cinco (5) días, contados a partir de la notificación de la resolución, para que presentara su contestación y mostrara causa por la cual no debíamos suspenderla provisionalmente del ejercicio de la abogacía.

El 23 de abril de 2001 la licenciada Cales Santiago nos solicitó que le concediéramos un plazo de sesenta (60) días para cumplir con nuestra resolución de 30 de marzo de 2001 y contestar así la querella presentada por la Oficina del Procurador General y la Orden de Mostrar Causa.

El 30 de abril de 2001 emitimos resolución concediéndole un término adicional de veinte (20) días para cumplir con nuestra resolución del 30 de abril de 2001.

El 4 de junio de 2001 la querellada presentó una moción mediante la cual solicito una nueva prórroga de treinta (30) días para cumplir con nuestra resolución del 30 de abril de 2001.

A la luz de la totalidad de los documentos que obran en autos, este Tribunal suspende inmediata y

provisionalmente a la Lcda. Lourdes Cales Santiago del ejercicio de la profesión de abogada hasta que otra cosa disponga este Tribunal.

Se le concede un plazo de quince (15) días, contados a partir de la notificación de esta resolución, para que conteste la querella presentada por la Oficina del Procurador General.

Se le impone a la señora Lourdes Cales Santiago el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, de devolverle cualesquiera honorarios recibidos por trabajos no realizados, e informarle oportunamente de su suspensión a los distintos foros judiciales y administrativos del País. Además, deberá certificarnos dentro del término de treinta (30) días, contados a partir de la notificación de esta resolución, el cumplimiento de estos deberes, notificando también al Procurador General.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Fuster Berlingeri no intervino.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo